Gainor & Donner
Ronald Gainor, Esq.
Florida Bar No. 0606960
Amber Donner, Attorney at Law
Florida Bar No. 60003
1238 Osceola Street
Denver, Colorado 80204
Phone: (305) 206-2006
Fax: (305) 537-2001
gainorlaw@gmail.com
*Pro Hac Vice*

Law Office of Adam Pennella
Adam Pennella, State Bar No. 246260
717 Washington Street
Oakland, CA 94607
Phone (510) 451-4600
Fax (510) 451-3002
adam@wps-law.com

Counsel for Defendant
FERDINAND ARAFILES

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>FERDINAND PASION ARAFILES,<br><br>         Defendant | Case No.: CR 16-265 EJD<br><br>MOTION FOR ORDER TO FILE EXHIBITS UNDER SEAL; [PROPOSED] ORDER |

DECLARATION OF COUNSEL

I, Adam Pennella, hereby declare under the penalty of perjury:

1. I am attorney of record for defendant Ferdinand Arafiles in the above-captioned case;

2. Pursuant to Criminal Local Rule 56-1, I hereby request that the Court allow the filing of Exhibit B to Defendant Ferdinand Arafiles Sentencing Memorandum and Motion

for Variance to be filed under seal.  This request is made because that exhibit contains a psychiatric evaluation of Mr. Arafiles, which should remain confidential.

3. The government and Probation have been provided copies of these documents.

Dated: December 5, 2018                                      Respectfully submitted,

By:  _____/s/_____
Adam Pennella
Counsel for Ferdinand Arafiles


[PROPOSED] ORDER TO FILE UNDER SEAL

GOOD CAUSE appearing, the motion to File Exhibit B to defendant Ferdinand Arafiles Sentencing Memorandum and Motion for Variance is GRANTED.

Dated: 12/5/2018                          _____
Honorable Edward J. Davila
United States District Court Judge